United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGEL EDUARDO RESENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00104 |
| | § | |
| BOBBY LUFKIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### OPINION AND ORDER OF TRANSFER

Plaintiff Angel Eduardo Resendez, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently housed at the Texas Department of Criminal Justice's ("TDCJ") Connally Unit in Kenedy, Texas. In his complaint, Plaintiff challenges various matters relating to his confinement at the Connally Unit. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). In addition, for the convenience of parties and witnesses and in the interest of justice, a district court may

1 / 2

transfer any civil action to any other district or division where it might have been brought.  28 U.S.C. § 1404(a).

Plaintiff is currently incarcerated at the Connally Unit located in Karnes County, Texas, which is outside of the Corpus Christi Division of this Court.  None of the defendants sued by Plaintiff in this action reside in the Corpus Christi Division of the Southern District of Texas.  Instead, seven of the eight defendants named by Plaintiff are employed at the Connally Unit.[1]  All of the events forming the basis of Plaintiff's complaint occurred at the Connally Unit.

Venue, therefore, is not proper in this Court.  Because the Connally Unit is located in Karnes County within the San Antonio Division of the Western District of Texas (*see* 28 U.S.C. § 124(d)(4)), the interest of justice would be served by a transfer to that court.

Accordingly, **IT IS ORDERED** that this case, including all pleadings, notices, motions, and orders filed therein, is **TRANSFERRED** to the United States District Court for the Western District of Texas, San Antonio Division.  The Clerk is **DIRECTED** to **CLOSE** this case.

ORDERED on April 7, 2026.

Julie K. Hampton
United States Magistrate Judge

---

[1] Plaintiff also names TDCJ Director" Bobby Lufkin."  (D.E. 1, pp. 1, 3).  It is apparent that Plaintiff seeks to sue Bobby Lumpkin, who is now the TDCJ's Executive Director."  The TDCJ's Executive Director neither works nor is employed within the Corpus Christi Division of this Court.